UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHN RONALD BIRD, | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | NO. C-06-238 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| Director, TDCJ-CID | § | |
| Respondent. | § | |

## ORDER GRANTING IN PART MOTION FOR DISCOVERY

Petitioner's motion for discovery (D.E. 24) is granted in part. Within ten days of the date of this order, respondent shall forward to petitioner a copy of the state court records. Petitioner's response to the motion to dismiss is due on or before **Wednesday, November 15, 2006.** All relief not granted by this order is DENIED.

ORDERED this 20th day of October, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE